CHARLES MASHOLIE, on Behalf of Himself and All Other Stockholders of D. J. SALVATOR, INC., Similarly Situated, Plaintiff, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Respondent, CHARLES MASHOLIE, Impleaded Defendant, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Appellant's time to answer the cross complaint is extended until ten days from the entry of the order hereon. [See *ante,* p. 915.]

Present — Carswell, Acting P. J., Johnston, Lewis and Aldrich, JJ.; Adel, J., not voting.